IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02514–EWN–BNB


KERRY L. COURNOYER,

      Plaintiff,

v.

LARRY E. REID,
DR. DAVID D. HOLT,
DR. WERMERS,
To All Be Sued Jointly and Severally in Their Official and Individual Capacities,

      Defendants.

---

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

      This matter is before the court on the "Recommendation of United States Magistrate Judge" filed June 3, 2005. The recommendation is that Dr. Wermers be dismissed as a defendant and that the second of plaintiff's two claims be dismissed against all defendants. Plaintiff has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

      **ORDERED** as follows:

    1. The recommendation is ACCEPTED, and the motion to dismiss (#27) is GRANTED.

    2. The final judgment, when entered, will dismiss the complaint against Dr. Wermers with prejudice and will dismiss the second claim with prejudice as to all defendants.

3.   All other pending motions are DENIED as moot.

DATED this  28th  day of September, 2005.

                                   BY THE COURT:


                                   s/Edward W. Nottingham
                                   EDWARD W. NOTTINGHAM
                                   United States District Judge