IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-N-2514 (BNB)

KERRY L. COURNOYER,

Plaintiff,

v.

LARRY E. REID,
DAVID D. HOLT,
DR. WERMERS, and
DR. PATTERSON,

Defendants.

---

**ORDER**

---

The parties appeared this morning for a Status/Scheduling Conference. The following schedule was established:

**Discovery Cut-Off:** _March 3, 2006_

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:** _April 3, 2006_

**Expert Disclosures:**

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before _January 16, 2006_

  **(b)**  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before _February 17, 2006_

  **Final Pretrial Conference:** A final pretrial conference will be held in this case on _July 10, 2006_ at _9:30_ A.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than _July 3, 2006_.

  DATED November 22, 2005.

            BY THE COURT:

            _/s/ Boyd N. Boland_
            United States Magistrate Judge