IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02514–EWN–BNB

KERRY L. COURNOYER,

    Plaintiff,

v.

LARRY E. REID,
DR. DAVID D. HOLT,
DR. WERMERS,
To All Be Sued Jointly and Severally in Their Official and Individual Capacities,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed November 3, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Plaintiff's "Motion Seeking Leave of the Court to Amend Plaintiffs [sic] Amended Complaint Pursuant to Fed. R. Civ. P. Rule 15(a)" (#48, filed July 15, 2005) is DENIED.

DATED this 6th day of December, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge