IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02514-EWN-BNB

KERRY L. COURNOYER,

Plaintiff,

v.

LARRY E. REID,
DAVID D. HOLT, and
DR. WERMERS,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Letter Motion** [docket no. 88, filed August 1, 2006] (the "Motion").

      IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED:  August 9, 2006