IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-02514-EWN-BNB

KERRY L. COURNOYER,

Plaintiff,

v.

LARRY E. REID,
DAVID D. HOLT, and

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Clarification** [Doc. # 80-1, filed 5/16/06]. The Motion for Clarification is DENIED AS MOOT.

The plaintiff is incarcerated by the Colorado Department of Corrections. He previously sought to modify the Scheduling Order to extend his expert witness disclosure deadline. *Motion for Extension of Time . . . .* [Doc. #57, filed 1/23/06]. He also sought an order directing the defendants to provide and pay for transportation to visit a potential expert witness. Id. On May 1, 2006, I denied the plaintiff's request to modify the Scheduling Order because the plaintiff did not establish that he had exercised reasonable diligence in an effort to obtain his expert witness. *Order entered May 1, 2006* [Doc. # 78]. Consequently, I also denied as moot the plaintiff's request for an order directing the defendants to transport him to see a potential expert witness. Id.

The plaintiff now seeks clarification of my Order of May 1, 2006.  The plaintiff asserts for the first time that the expert he seeks to disclose, Dr. Weinerman, had been disclosed to the defendants prior to the discovery deadline.  *Motion for Clarification*, p. 3.  The plaintiff further asserts that he is attempting to "secure Dr. Weinerman's testimony for trial."  *Motion for Clarification*, p. 4.  See also *Motion for Transportation to Dr. Weinerman*, p. 3 [Doc. #60, filed 2/3/06].  By separate Recommendation, I have recommended that summary judgment enter in favor of the defendants on the plaintiff's remaining claim.  Accordingly,

IT IS ORDERED that the Motion to Clarify is DENIED AS MOOT.

Dated November 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge