IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02514–EWN–BNB

KERRY L. COURNOYER,

    Plaintiff,

v.

LARRY E. REID,
DR. DAVID D. HOLT,
To Be Sued Jointly and Severally in Their Official and Individual Capacities,

    Defendants.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed November 29, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Plaintiff's claim for retroactive monetary relief against the defendants in their official capacities is dismissed based on Eleventh Amendment immunity.

    3. Defendants' Motion for Summary Judgment (#82) is GRANTED.

4. This civil action is DISMISSED with prejudice.

DATED this 9th day of January, 2007.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge